In the Matter of the Petition of the TOWN BOARD OF WEST SENECA et al., Respondents, for Change of a Grade Crossing.

WESTERN NEW YORK AND PENNSYLVANIA RAILWAY COMPANY et al., Appellants; THE PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK, Respondent.

*Highways — railroads — grade crossing — order directing elimination of grade crossing by bridge over tracks — proper to provide for structure sufficient to carry street railway track.*

*Matter of Town Board of West Seneca*, 215 App. Div. 793, affirmed. (Argued November 15, 1926; decided November 30, 1926.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 23, 1925, which affirmed an order of the Public Service Commission of the State of New York directing the alteration of a crossing at grade of Union road in the town of West Seneca, Erie county, and the tracks of the Western New York and Pennsylvania railroad, by means of a bridge sufficient to carry such highway over the tracks. The appeal was based upon an objection to the portions of said order providing that the elevated structure to carry said highway shall be built to accommodate one street railway track on the west side thereof, and that the approaches to said structure shall have an added width of ten feet along the west side thereof for a street railway track.

*Frank Rumsey* for appellants.

*William J. Daetsch* for petitioners, respondent.

*Harry Myron Chamberlain* and *Charles G. Blakeslee* for Public Service Commission, respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, POUND, CRANE, ANDREWS and LEHMAN, JJ. Dissenting: HISCOCK, Ch. J., and MC-LAUGHLIN, J.